1

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

11

12

13

14

15    SHAWN ROA,                        ) ED CV 07-0759-(SH)
      ad litem,                         )
16                                      )
                    Plaintiff,          )
17                                      ) JUDGMENT
         v.                             )
18                                      )
      MICHAEL J. ASTRUE,                )
19    Commissioner of Social Security   )
      Administration,                   )
20                                      )
                    Defendant.          )
21    _____ )
            IT IS ADJUDGED that Judgment is entered in favor of the plaintiff, the

22    decision of the Commissioner is reversed  is reversed and remanded pursuant to

23    Sentence 4 of 42 U.S.C. section 405(g).

24    DATED: May 2, 2008

25

26
                                    _____/ S /_____
27                                       STEPHEN J. HILLMAN
                                    UNITED STATES MAGISTRATE JUDGE
28