1  WILLIAM M. KUNTZ   # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8               UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                      EASTERN DIVISION

10

11 SHAWN ROA,                      )   No.  EDCV 07-00759 SH
                                   )
12             Plaintiff,          )   ORDER AWARDING
                                   )   EAJA FEES
13       v.                        )
                                   )
14 MICHAEL J. ASTRUE,              )
   Commissioner of Social Security,)
15                                 )
               Defendant.          )
16 _____ )

17

18   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

19   **IT IS ORDERED** that Plaintiff is awarded attorney fees under the Equal

20 Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND SIX

21 HUNDRED SIXTY-FIVE DOLLARS and no/cents ($2,665.00), as authorized by

22 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

23 DATED: <u>July 15, 2008</u>

24                              / s /
                         _____
25                       UNITED STATES MAGISTRATE JUDGE

26

27

28

                                    1